# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| POSNER, RICHARD A. | U S COURT OF APPEALS 7th CIRCUIT | 10/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE U S CIRCUIT JUDGE | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>09/02/2017 |

**7. Chambers or Office Address**

219 S DEARBORN
CHICAGO IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SENIOR LECTURER | UNIVERSITY OF CHICAGO LAW SCHOOL |
| 2. | TRUSTEE | TRUST (DECEASED FAMILY MEMBER) |
| 3. | TRUSTEE | INTER VIVOS TRUST |
| 4. | TRUSTEE | LIFE INSURANCE TRUST (UNFUNDED) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | AUTHORS' REGISTRY; ROYALTIES | $280.65 |
| 2. 2017 | CCH/WOLTERS KLUWER; ROYALTIES | $4,584.10 |
| 3. 2017 | HARVARD UNIVERSITY PRESS; ROYALTIES | $9,788.13 |
| 4. 2017 | OXFORD UNIVERSITY PRESS (ENGLAND); ROYALTIES | $43.06 |
| 5. 2017 | OXFORD UNIVERSITY PRESS (UNITED STATES); ROYALTIES | $232.36 |
| 6. 2017 | UNIVERSITY OF CHICAGO PRESS; ROYALTIES | $2,532.71 |
| 7. 2017 | WEST PUBLISHING COMPANY, ROYALTIES | $55.75 |
| 8. 2017 | UNIVERSITY OF CHICAGO LAW SCHOOL - SALARY | $19,534.16 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **POSNER, RICHARD A.** | 10/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **POSNER, RICHARD A.** | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNTS AND MUTUAL FUNDS: | | | | | | | | | |
| 2. DEUTSCHE MANAGED MUNI BOND FUND | D | Dividend | M | T | | | | | |
| 3. VANGUARD 500 INDEX ADM FUND | E | Dividend | O | T | Buy (add'l) | 01/10/17 | L | | |
| 4. | | | | | Buy (add'l) | 01/30/17 | L | | |
| 5. TIAA CREF BROKERAGE SVCES MONEY MARKET ACCT | A | Dividend | K | T | Redeemed (part) | 02/02/17 | M | A | |
| 6. BLACKROCK NAT'L MUNI FUND | A | Dividend | K | T | | | | | |
| 7. BLACKROCK NAT'L MUNI INSTL FUND | A | Dividend | K | T | | | | | |
| 8. NUVEEN MUNI CREDIT INC FUND (FORMERLY CALLED MUNI MARKET OPP FUND) | B | Dividend | K | T | | | | | |
| 9. BLACKROCK MUNI 2018 FUND | A | Dividend | K | T | | | | | |
| 10. BLACKROCK GLOBAL ALLOCATION FUND A | A | Dividend | J | T | | | | | |
| 11. NUVEEN QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 12. NUVEEN DIV ADV MUNI FUND | A | Dividend | K | T | | | | | |
| 13. TIAA CREF SHORT TERM BOND FUND II | A | Dividend | L | T | | | | | |
| 14. CAPITAL BANK FINANCIAL CORP | A | Dividend | | | Sold | 05/17/17 | K | D | |
| 15. | | | | | | | | | |
| 16. SEP / IRA RETIREMENT ACCOUNT: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BLACKROCK BASIC VALUE FUND | E | Dividend | P1 | T | | | | | |
| 18. BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | M | T | | | | | |
| 19. BLACKROCK LATIN AMERICA FUND | A | Dividend | K | T | | | | | |
| 20. BLACKROCK LONG HORIZON FUND | A | Dividend | M | T | | | | | |
| 21. BLACKROCK PACIFIC FUND | A | Dividend | | | Sold | 08/28/17 | K | | |
| 22. BLACKROCK VALUE OPPORTUNITIES FUND | A | Dividend | | | Sold | 08/28/17 | K | A | |
| 23. BLACKROCK TOTAL RETURN FUND | C | Dividend | L | T | | | | | |
| 24. AMERICAN FUNDS INTERMEDIATE BOND FUND A | B | Dividend | L | T | | | | | |
| 25. TIAA CASH DEPOSIT ACCOUNT | A | Dividend | M | T | Buy | 08/28/17 | M | | |
| 26. | | | | | | | | | |
| 27. TRUST ACCOUNT: | | | | | | | | | |
| 28. TIAA MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 29. BLACKROCK NAT'L MUNI FUND INSTITUTIONAL CLASS | B | Dividend | | | Sold | 07/18/17 | L | A | |
| 30. BLACKROCK NAT'L MUNI FUND | B | Dividend | | | Sold | 07/10/17 | L | B | |
| 31. BLACKROCK LONG HORIZON FUND | A | Dividend | | | Sold | 02/27/17 | K | A | |
| 32. BLACKROCK US GOV'T BOND FUND | A | Dividend | | | Sold | 03/14/17 | K | A | |
| 33. DEUTSCHE GNMA FUND CLASS C (FORMERELY CLASS S) | A | Dividend | | | Sold | 01/27/17 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. DEUTSCHE SHORT DURATION FUND | A | Dividend | | | Sold | 04/10/17 | M | A | |
| 35. DEUTSCHE MANAGED MUNI BOND FUND | C | Dividend | M | T | | | | | |
| 36. VANGUARD TOTAL STOCK MARKET INDEX FUND | B | Dividend | N | T | Buy (add'l) | 07/21/17 | L | | |
| 37. | | | | | Buy | 02/16/17 | K | | |
| 38. | | | | | Buy (add'l) | 03/03/17 | K | | |
| 39. | | | | | Buy (add'l) | 03/17/17 | K | | |
| 40. | | | | | Buy (add'l) | 04/12/17 | L | | |
| 41. | | | | | | | | | |
| 42. VANGUARD TAX EXEMPT BOND FUND | B | Dividend | M | T | Buy (add'l) | 07/11/17 | L | | |
| 43. | | | | | Buy (add'l) | 03/16/17 | K | | |
| 44. | | | | | Buy | 01/30/17 | L | | |
| 45. | | | | | Buy (add'l) | 04/12/17 | L | | |
| 46. | | | | | | | | | |
| 47. I R A ACCOUNT | | | | | | | | | |
| 48. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 49. BLACKROCK MIDCAP DIVIDEND FUND (FORMERELY VALUE OPPORTUNITIES FUND A) | A | Dividend | K | T | Sold (part) | 05/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. TIAA MONEY MARKET ACCT | | None | J | T | | | | | |
| 51. | | | | | | | | | |
| 52. OTHER RETIREMENT ACCOUNTS: | | | | | | | | | |
| 53. UNIVERSITY OF CHICAGO CONTRIBUTORY RETIREMENT PLAN | D | Interest | P1 | T | | | | | |
| 54. STANFORD UNIVERSITY CONTRIBUTORY RETIREMENT PLAN | B | Interest | N | T | | | | | |
| 55. NAT'L BUREAU OF ECO RESEARCH TAX DEF ANNUITY PLAN | B | Interest | O | T | | | | | |
| 56. UNIVERSITY OF CHICAGO SUPPLEMENTAL RETIREMENT PLAN | B | Interest | P1 | T | | | | | |
| 57. TIAA - CREF ANNUITY ACCOUNTS | A | Interest | | | Sold | 08/21/17 | M | A | |
| 58. | | | | | | | | | |
| 59. BANK FINANCIAL (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. COLLECTIVE DECISION ENGINES LLC | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE FILER IS THE TRUSTEE OF AN INSURANCE TRUST, BUT SUCH TRUST IS CURRENTLY "UNFUNDED".

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 10/31/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD A. POSNER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544